UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
LUC BURBON,

                Plaintiff,

-against-

ELIZABETH BRADLEY DESIGNS, INC.

                Defendants.
-------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:21-cv-1251-NGG-TAM

### NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luc Burbon by her counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Elizabeth Bradley Designs, Inc.

Dated: New York, New York
        December 7, 2021

THE MARKS LAW FIRM, PC

By: _____
Bradly G. Marks
Attorney for Plaintiff
54 W 40th Street, Suite 1131
New York, NY 10018
T:(646) 770-3775
F: (646) 770- 2639
Brad@markslawfirm.net

**So Ordered.**
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 12/17/21